UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                Case No.:         17-21457 VFP

MYUNG J. KIM                                          Chapter:          7

                                                      Judge:            Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 15, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:    2345 Linwood Ave., #6C, Fort Lee, NJ
> Valued at about $290,000
> Less about 10% costs of sale

> Liens on property: $381,578

> Amount of equity claimed as exempt:   $0

Objections must be served on, and requests for additional information directed to:

Name:            */s/ Steven P. Kartzman*

Address:         101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-21457-VFP
Myung J Kim                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Jul 19, 2017
                             Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2017.
db           +Myung J Kim,    2345 Linwood Ave. #6C,    Fort Lee, NJ 07024-3841
516864744    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
516864745    +Caliber Home Loan,    PO Box 619063,    Dallas, TX 75261-9063
516864746    +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
516864747    +Credit Control, LLC.,    PO Box 31179,    Tampa, FL 33631-3179
516864748    +Credit First National Association,    PO Box 81344,    Cleveland, OH 44188-0001
516864749    +Credit First, N.A.,    PO Box 81344,    Cleveland, OH 44188-0001
516864750    +LVNY Funding, LLC.,    700 Executive Center Drive,    #300,    Greenville, SC 29615-4555
516864751    +Macy's,   PO Box 9001108,    Louisville, KY 40290-1108
516864752    +Marycrest Condo,    238 Union Blvd.,    Totowa, NJ 07512-2609
516864753    +National general insurance,    27615 Network Pl.,    Chicago, IL 60673-1276
516864755    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor credit corp.,    5005 N. River Blvd. Ne,
               Cedar Rapids, IA 52411)
516864756     Wesco Insurance,    C/O,   McCarthy, Burgess & Wolff,    2600 Cannon Road,    Bedford, OH 44146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 19 2017 22:54:52      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 19 2017 22:54:49       United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516866227    +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 22:58:32       Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516864754    +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2017 22:57:47       Synchrony Bank,    PO Box 965004,
               Orlando, FL 32896-5004
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Dong Sung Kim    on behalf of Debtor Myung J Kim kimchoikim@gmail.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4